1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   cm@SoCalEAG.com
5
   Attorneys for Plaintiff, DARWIN BOGGS
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DARWIN BOGGS,
                                        **Case No.: 5:24-cv-00682-JGB (JCx)**
12           Plaintiff,

13
       vs.                              **JOINT STIPULATION FOR**
14                                      **DISMISSAL PURSUANT TO**
                                        **FEDERAL RULE OF CIVIL**
15 U-HAUL CO. OF CALIFORNIA;            **PROCEDURE 41(a)(1)(A)(ii)**
   AREC 1, LLC; and DOES 1 to 10,
16
17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DARWIN BOGGS ("Plaintiff") and Defendant U-HAUL CO. OF CALIFORNIA and AREC 1, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: September 17, 2024        SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: September 17, 2024        BAUTE CROCHETIERE HARTLEY & MCCOY LLP

By:  */s/ Ryan McCoy*
Ryan McCoy, Esq.
Attorneys for Defendant
U-HAUL CO. OF CALIFORNIA and AREC 1, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 17, 2024        By: */s/ Jason J. Kim*
Jason J. Kim